IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy: Deborah Hansen       Date: March 28, 2013
Court Reporter:    Kara Spitler        Interpreter: Susana Cahill

---

Criminal Action No.   12-cr-00272-RBJ-4

*Parties:*                             *Counsel:*

UNITED STATES OF AMERICA,              Michelle Korver

        Plaintiff,

v.

4.  OMAR EDGARDO GUZMAN,               Scott Poland

        Defendant.

---

## CHANGE OF PLEA MINUTES

---

01:05 p.m.  Court in Session

Appearances of counsel.

Oath administered to the Interpreter.

Defendant is present and in custody.

Court's comments concerning restricted ECF No. 221

Ms. Korver's comments

The Government has seen the motion.

**ORDERED:  (ECF No. 221 is tentatively GRANTED)**

The Plea Agreement and Spanish translation (Court's Exhibit 1 and 1A, Defendant's Statement in Advance of Plea of Guilty and Spanish translation (Court's Exhibit 2 and 2A) are tendered to the Court.

Oath administered to the defendant.

Defendant is 49 years old, alert, competent, literate, and sober.

Defendant's right to trial to jury and other constitutional rights explained.

Government provides a factual basis for the plea.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant's limited appeal rights explained.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant enters plea of guilty to Count Two of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty.

The Court finds the defendant has been fully and properly advised and understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment and acknowledges the factual basis.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he is satisfied.

> **IT IS ORDERED: (ECF No. 221 is GRANTED.)**
>
> **IT IS ORDERED** as follows**:**
>
> 1. That Court's Exhibits 1, 1A, 2 and 2A, which state the plea agreement, are admitted in evidence;
>
> 2. That the plea of guilty to Count Two of the Indictment entered by the defendant is received, accepted and approved;
>
> 3. That defendant is found guilty of the crime charged in Count Two of the Indictment;

4.      That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

5.      That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

6.      Sentencing set **June 5, 2013 at 1:15 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

7.      That defendant is remanded to the custody of the United States Marshal.

**01:30 p.m. Court in recess**

Hearing concluded

Total time in court:   00:25