IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | May 29, 2013 |
| Court Reporter: | Kara Spitler | Probation: | Katrina Devine |
| Interpreter: | Melinda Gonzalez-Hibner | | |

Criminal Action No. 12-cr-00272-RBJ

<u>Parties</u>:                                                                    <u>Counsel</u>:

UNITED STATES OF AMERICA,                         Michele Korver

    Plaintiff,

v.

9. JOSE JUAN REYES-HERNANDEZ,               Frances Simonet

    Defendant.

**SENTENCING MINUTES**

**1:28 p.m.**      **Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

1:40 p.m. - 1:49 p.m.  Bench conference between the Court, counsel, and probation officer.

Defendant and counsel for the Government address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on April 3, 2013 to Count 5 of the Indictment.

**ORDERED:** United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance [Doc. No. 283, filed May 22, 2013] is GRANTED.

**ORDERED:** Defendant shall be sentenced to TIME SERVED.

**ORDERED:** No term of supervised release shall be imposed.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Government's Oral Motion to Dismiss Count 1 of the Indictment is GRANTED.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:07 p.m.** **Court in recess.**

Hearing concluded.

Total time: 00:39