**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00272-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9. JOSE JUAN REYES-HERNANDEZ,

      Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the

Honorable R. Brooke Jackson, United States District Judge, on May 29, 2013, it is

hereby

ORDERED that Defendant Jose Juan Reyes-Hernandez is sentenced to **TIME**

**SERVED.**

Dated:  May 29, 2013.

BY THE COURT:


s/ R. Brooke Jackson
R. BROOKE JACKSON,
UNITED STATES DISTRICT JUDGE