# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00272-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. OMAR EDGARDO GUZMAN ,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on June 5, 2013,

**IT IS ORDERED** that Defendant Omar Edgardo Guzman is sentenced to **time served**.

Dated: June 5, 2013

                                        BY THE COURT:

                                        s/ R. Brooke Jackson
                                        R. BROOKE JACKSON,
                                        UNITED STATES DISTRICT JUDGE