IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: July 23, 2013 |
| Court Reporter: Kara Spitler | Probation: Gary Kruck |

Criminal Action No. 12-cr-00272-RBJ

*Parties*:                                            *Counsel*:

UNITED STATES OF AMERICA,         Michelle Korver

    Plaintiff,

v.

RICHARD JAMES VILLARREAL,         Dana Casper

    Defendant.

**SENTENCING MINUTES**

**Court in session:**     1:00 p.m.

Appearances of counsel.

Defendant is present in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant's father, defendant's fiancé, defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on April 12, 2013 to Count Eight of the Indictment.

**ORDERED:** United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance #[337] is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **36 months**.

Court RECOMMENDS that defendant receive credit for **393 days** spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at an RDAP facility closest to his family and recommends that he be allowed to participate in a program for treatment of drug abuse.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of his limited right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Count One is DISMISSED.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 1:43 p.m.

Hearing concluded.

Total time: 00:43