IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00272-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.    JOSE REYES-GONZALES,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on June 19, 2012;

THAT a Preliminary Order of Forfeiture as to Defendant Jose Reyes-Gonzales was entered on May 17, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

    a.    1992 Mercedes Benz 400SE, VIN WDBGA42E3NA033442;

    b.    2000 VAN TL Trailer, VIN 4EPAA3726YATA3321; and

    c.    2001 Green Chevrolet Silverado 1500, VIN 1GCEK19TX1E167179;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

SO ORDERED this 1st day of October, 2013.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge